# MINUTES

CASE NUMBER:      CV 08-00356DAE-BMK
                  CV 09-00059DAE-LEK

CASE NAME:        Mary T., et al. vs. Dept. Of Education, State of HI
                  Mary T., et al. vs. Dept. Of Education, State of HI

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Susan Oki Mollway          REPORTER:

DATE:     07/21/2009                 TIME:

COURT ACTION:  EO:  Having received no objection to the Findings and Recommendation filed July 2, 2009 ("F&R"), Judge Ezra adopts the F&R, and Chief Judge Mollway refers the consolidated cases to Magistrate Judge Barry M. Kurren for pretrial matters and directs him to hold a pretrial conference.  Plaintiffs' counsel should call Magistrate Judge Kurren's courtroom manager to schedule a pretrial conference.

Submitted by: Toni Fujinaga, Courtroom Manager.