IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| B.T., by and through his Mother, MARY T., | ) ) ) | CV 08-00356 DAE-BMK CV 09-00059 DAE-BMK (CONSOLIDATED) |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 18, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 3, 2009.



_____
David Alan Ezra
United States District Judge

cc:all parties of record

Due for Adoption: