IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARY T., on behalf of B.T., | ) | CIVIL NO. 08-00356 DAE-BMK |
| Plaintiff, | ) | |
| vs. | ) | |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, | ) | |
| Defendant. | ) | |
| _____ | ) | |
| MARY T., on behalf of B.T., | ) | CIVIL NO. 09-00059DAE-LEK |
| Plaintiff, | ) | |
| vs. | ) | |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 2, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES BE GRANTED IN PART AND DENIED IN PART," docket entry no. 151, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 20, 2010.

_____
David Alan Ezra
United States District Judge

Mary T. vs. Department of Education, Civil No. 08-00356 DAE-BMK; Civil No. 09-00059 DAE-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION